UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RICHARD E. STEARNS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:14-CV-05611-JRC<br><br>ORDER GRANTING MOTION TO REOPEN CASE |

This Court remanded this case pursuant to sentence six of 42 U.S.C. § 405(g) on November 21, 2014 (*see* Dkt. 14). The Court retained jurisdiction pending further administrative development of the record.

Based on the stipulated motion of the Acting Commissioner (Dkt. 15), it is hereby ORDERED that the above matter be reopened. Defendant shall respond to plaintiff's Complaint and submit the administrative record within twenty-one (21) days from the entry of this Order. Following receipt of the administrative record, the Court shall issue a scheduling order in this matter.

DATED this 11th day of May, 2015.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:14-CV-05611-JRC]